**2. Article Number**

7105 4522 6449 0042 6027

1. Article Addressed to:

rrow Financial Services, LLC.
o The Corporation Company
)00 Interstate Park Drive
uite 204
ontgomery, AL 36109

07cv215 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X The Corporation Company    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
The Corporation Company

C. Date of Delivery
3/14/07

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below:  ☐ No

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811         Domestic Return Receipt