IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVIS and LINDA DAVIS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-215-WKW |
| | ) |
| ARROW FINANCIAL SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

It is ORDERED that the plaintiffs shall show cause **on or before May 11, 2007,** why default should not be entered against the defendant for failure to answer or otherwise defend.

Done this 30thday of April, 2007.

                                          /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE