IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVIS and LINDA DAVIS, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:07-cv-215-WKW |
| ARROW FINANCIAL SERVICES, INC., | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond (Doc. # 5), it is ORDERED that the motion is GRANTED. The defendant shall answer or otherwise respond **on or before June 4, 2007.**

Done this 8th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE