IN THE UNITED STATES DISTRICTCOURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVIS and<br>LINDA DAVIS,<br><br>      Plaintiffs,<br>v.<br><br>ARROW FINANCIAL SERVICES, LLC<br><br>      Defendants. | CIVIL ACTION NO.:<br>07-CV-215 |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

      In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditor's committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

      The following entities are hereby reported:

      Arrow Financial Services, LLC
      AFS Holdings, LLC
      Sallie Mae, Inc.

_5/21/2007_
Date

_[signature]_
Counsel Signature

Paul J. Spina, III
Counsel for Arrow Financial Services, LLC

1500 Urban Center Drive, Suite 450
Address

Birmingham, Alabama 35242
City, State and Zip Code

(205) 298-1800
Telephone Number

04-00133-0 pcm

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following by placing the same in the U.S. Mail, postage pre-paid, and via ECF e-mail on this the 21st day of **May, 2007**.

_____
OF COUNSEL

Mr. David G. Poston, Esq.
Mr. Gary W. Stout, Esq.
Mr. Michael D. Brock, Esq.
BROCK & STOUT
Post Office Drawer 311167
Enterprise, Alabama 36331

04-00133-0 pcm