IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAM DAVIS, & ) | |
| LINDA DAVIS, ) | CASE NUMBER: |
| ) | 1:07-CV-215-WKW |
| PLAINTIFFS, ) | |
| ) | |
| VS. ) | |
| ) | |
| ARROW FINANCIAL SERVICES, LLC., ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, the undersigned, on behalf of the above-mentioned Plaintiffs, and files this Notice Of Appearance and requests that copies of all notices, motions, and all other pleadings filed in this case and served by the Clerk of Court be forwarded to the undersigned at the address below.

Respectfully submitted,

BROCK & STOUT

_/s/ Walter A. Blakeney_
Walter A. Blakeney, Esq.
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Paul J. Spina, III., Esq., Attorney for Defendant, via electronic mail at pspina@ysllaw.com, this **10th** day of July, 2007.

_/s/ Walter A. Blakeney_
Walter A. Blakeney, Esq.