IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM DAVIS, & | ) | |
| LINDA DAVIS, | ) | |
| | ) | |
| PLAINTIFFS, | ) | CASE NUMBER: 1:07-cv-215 |
| | ) | |
| vs. | ) | **JURY DEMAND** |
| | ) | |
| ARROW FINANCIAL SERVICES, LLC. | ) | |
| | ) | |
| DEFENDANT. | ) | |

### PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM

COME NOW, the Plaintiffs, William and Linda Davis, by and through their undersigned attorney, pursuant to Fed. R. Civ. P. 12(b)(1), and move this Honorable Court to dismiss the Defendant's, Arrow Financial Services, LLC., counterclaim.  Concurrent with this motion, the Plaintiffs are filing a Brief In Support Of Motion To Dismiss Counterclaim.

WHEREFORE, the Plaintiffs move this Honorable Court to dismiss the counterclaim, and for all other relief that is just.

Respectfully submitted this **18th** day of July, 2007.

BROCK & STOUT

*/s/ Walter A. Blakeney*
Gary W. Stout, Esq.
David G. Poston, Esq.
Walter A. Blakeney, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Paul J. Spina, III., Esq., Attorney for Defendant, via electronic mail at <u>pspina@ysllaw.com</u>, this **18th** day of July, 2007.


_/s/ Walter A. Blakeney_
Walter A. Blakeney, Esq.