IN THE UNITED STATES DISTRICTCOURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM DAVIS and<br>LINDA DAVIS, | )<br>)<br>) | |
| Plaintiffs, | ) | CIVIL ACTION NO.: |
| v. | )<br>) | 07-CV-215 |
| ARROW FINANCIAL SERVICES, LLC | )<br>)<br>) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

TO:  United States District Court
United States District Clerk
Post Office Box 711
Montgomery, AL 36101-0711


On this date, the following discovery responses were served in the above-styled action:

INTERROGATORIES TO PLAINTIFF

REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

REQUEST FOR ADMISSIONS

This 3rd day of August, 2007.

Respectfully submitted,

_____
Paul J. Spina, III        (SPI007)
Attorney for Arrow Financial Services, LLC


**OF COUNSEL:**
YEAROUT, SPINA & LAVELLE, P. C.
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
(205) 298-1800

07-00124-0

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following Counsel electronically through the Court's CM/ECF system and/or by placing a copy of the same in the United States Mail, properly addressed and postage prepaid on this the 3rd day of August, 2007.

>
> Gary W. Stout
> David G. Poston
> Walter A. Blakeney
> Post Office Drawer 311167
> Enterprise, Alabama 36330
>
> _____
> Of Counsel

07-00124-0