IN THE UNITED STATES DISTRICTCOURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM DAVIS and<br>LINDA DAVIS,<br><br>      Plaintiffs,<br>v.<br><br>ARROW FINANCIAL SERVICES, LLC<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.:<br>07-CV-215 |

### JOINT STIPULATION OF DISMISSAL

COMES NOW, Arrow Financial Services, LLC and the Plaintiffs, William Davis and Linda Davis, by and through their attorneys of record and, in accordance with the terms and conditions of the Release Agreement executed by the parties, stipulate that above referenced matter may be **dismissed without prejudice**. It is further stipulated that the counterclaim filed by Arrow Financial Service, LLC may be **dismissed without prejudice**, allowing Arrow Financial Services, LLC leave to pursue an action in the State Court of Alabama.

Done the 18th day of October, 2007.

_____  
Gary W. Stout  
Attorney for William and Linda Davis  
BROCK & STOUT  
Post Office Drawer 311167  
Enterprise, Alabama 36331  
(334) 393-4357

_____  
Paul J. Spina, III  
Attorney for Arrow Financial Services, LLC  
YEAROUT, SPINA & LAVELLE, P.C.  
1500 Urban Center Drive, Suite 450  
Birmingham, AL 35242  
(205) 298-1800

07-00124-0 pcm                         1