IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVIS and <br> LINDA DAVIS, <br> <br> Plaintiffs, <br> v. <br> <br> ARROW FINANCIAL SERVICES, LLC <br> <br> Defendants. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: <br> ) 07-CV-215 <br> ) <br> ) <br> ) <br> ) |

### AMENDED JOINT STIPULATION OF DISMISSAL

COMES NOW, Arrow Financial Services, LLC and the Plaintiffs, William Davis and Linda Davis, by and through their attorneys of record and, in accordance with the terms and conditions of the Release Agreement executed by the parties, stipulate that above referenced matter may be **dismissed with prejudice**. It is further stipulated that the counterclaim filed by Arrow Financial Service, LLC may be **dismissed without prejudice**, allowing Arrow Financial Services, LLC leave to pursue an action in the State Court of Alabama.

Done the 18 day of October, 2007.

_____
Gary W. Stout
Attorney for William and Linda Davis
BROCK & STOUT
Post Office Drawer 311167
Enterprise, Alabama 36331
(334) 393-4357

_____
Paul J. Spina, III
Attorney for Arrow Financial Services, LLC
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
(205) 298-1800

07-00124-0 pcm

1