IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-0215-WKW |
| ) | |
| ARROW FINANCIAL SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The parties filed an Amended Joint Stipulation of Dismissal. (Doc. # 24.) Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that the plaintiffs' claims are DISMISSED WITH PREJUDICE. Furthermore, it is ORDERED that the defendant's counterclaim is DISMISSED WITHOUT PREJUDICE.

An appropriate judgment will be entered.

DONE this 24th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE